PROBATION FORM NO. 35  
(DSC 5/12)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## United States District Court

FOR THE

District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| Eduardo Nelson ) | Crim. No. 4:12CR00261-001TLW |

On March 5, 2013, the above named was placed on supervised release for a period of three (3) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Brenda J. Townes  
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 28th day of January, 2016.

The Honorable Terry L. Wooten  
Chief United States District Judge

Reasons: ① complied with all conditions  
② Been on supervision for 27 months (total 36)  
③ Paid full restitution ordered  
④ No violations